IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Gracie B

Printed: 6/3/08

Case Number: 05 B 24877
Judge: Hollis, Pamela S
Filed: 6/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: February 29, 2008
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,210.37 |  |
| Secured: |  | 861.00 |
| Unsecured: |  | 14,928.30 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 923.65 |
| Other Funds: |  | 497.42 |
| Totals: | 17,210.37 | 17,210.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citicorp Trust Bank,FSB | Secured | 0.00 | 0.00 |
| 2. | Citicorp Trust Bank,FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 861.00 | 861.00 |
| 4. | ECast Settlement Corp | Unsecured | 1,283.90 | 1,283.90 |
| 5. | Discover Financial Services | Unsecured | 1,302.39 | 1,302.39 |
| 6. | ECast Settlement Corp | Unsecured | 7,294.58 | 7,294.58 |
| 7. | City Of Chicago | Unsecured | 5,047.43 | 5,047.43 |
| 8. | Cook County Treasurer | Priority |  | No Claim Filed |
| 9. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,789.30 | $ 15,789.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 220.49 |
| 5% | 54.41 |
| 4.8% | 76.07 |
| 5.4% | 387.92 |
| 6.5% | 184.76 |
|  | _____ |
|  | $ 923.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Williams, Gracie B | Case Number:  05 B 24877 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/3/08 | Filed:  6/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

